UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTOR MANUEL FONSECA,<br><br>                Petitioner,<br><br>   v.<br><br>WILLIAM BARR, et al.,<br><br>                Respondent. | CASE NO. C20-944-RSM-BAT<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL** |

There is no constitutional right to appointment of counsel in § 2241 habeas actions. The Court may appoint counsel if the "interests of justice so require," 18 U.S.C. § 3006A(a)(2)(B), and after assessing petitioner's likelihood of success on the merits and his ability to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygardt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). The Court having reviewed the record and considered both factors concludes the interests of justice do not require the appointment of counsel. Accordingly, Petitioner's motion to appoint counsel, Dkt. 7, is **DENIED**. The Clerk shall send copies of this order to the parties.

DATED this 26th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION TO APPOINT
COUNSEL - 1